IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, | Case No. 3:06-cr-136-1 |
| v. : | |
| SHANE PROFITT, | DISTRICT JUDGE WALTER H. RICE |
| Defendant. : | |

ORDER SUSTAINING DEFENDANT SHANE PROFITT'S MOTION TO WITHDRAW DOCUMENT (DOC. #124) AND OVERRULING AS MOOT DEFENDANT'S MOTION TO AMEND/CORRECT SENTENCE FOR CONCURRENT SENTENCE (DOC. #123)

Pending before the Court are two motions filed by Defendant Shane Profitt ("Defendant" or "Profitt"). On March 20, 2014, Profitt filed a Motion to Amend/Correct Sentence, requesting that the Court retroactively designate his federal sentence as concurrent with his state sentences. Doc. #123. On March 24, 2013, the Clerk received a letter from Profitt, requesting the withdrawal of the aforementioned motion, which was filed as a Motion to Withdraw Document. Doc. #124. As Profitt notes in the letter, the Bureau of Prisons has agreed to designate the Ohio prison where he served his state sentences *nunc pro tunc* as a place of federal confinement for the purpose of giving him credit against his federal sentence, in accordance with this Court's recommendation in its Decision and

1

Entry (Doc. #122) of February 3, 2014. Profitt was not informed of the *nunc pro tunc* designation until after mailing the Motion to Amend/Correct Sentence, which he now seeks to withdraw because it has been rendered moot by the aforementioned designation. Accordingly, the Court SUSTAINS Profitt's Motion to Withdraw Document (Doc. #124), and OVERRULES AS MOOT Profitt's Motion to Amend/Correct Sentence (Doc. #123).

Date: March 25, 2014    _____
                        WALTER H. RICE
                        UNITED STATES DISTRICT JUDGE